DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OMAR DIAB,**
Appellant,

v.

**TRENT CONDOMINIUM F HOMEOWNERS ASSOCIATION, INC.,** et al.,
Appellees.

No. 4D2025-3434

[July 9, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Woody Robert Clermont, Judge; L.T. Case No. 062024CC049651AXXXSO.

Omar Saleh of Florida Legal Consulting. P.A., Sunrise, for appellant.

Joseph M. Pustizzi of Eisinger Law, Hollywood, for appellee Trent Condominium F Homeowners Association, Inc.

No appearance for appellee Eleanor Waxman.

No appearance for appellee Secretary of Housing and Urban Development.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***